# United States District Court
## For The Western District of North Carolina
## Statesville Division

JOSEPH JAMES HARGROVE,

       Petitioner,                        JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:07CV136-2-MU

ROBERT SMITH,

       Respondent.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 25, 2008, Order.

                 Signed: August 25, 2008

                 *Frank G. Johns*

                 Frank G. Johns, Clerk
                 United States District Court